PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lavar Felder                                          Cr.: 02-CR-405-01

Name of Sentencing Judicial Officer: Honorable Faith Hochberg

Date of Original Sentence: 01/29/03

Original Offense: Bank Fraud

Original Sentence: 30 months imprisonment to be followed by four years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/21/04

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work per week until he secures stable employment. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

The defendant is to be confined to his residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

## CAUSE

The offender was referred to Integrity House drug and alcohol treatment program in May 2005, after he admitted to abusing alcohol on a regular basis. He was reporting to the program weekly as directed; however, we have been notified that he failed to report to Integrity on December 6, December 13, and December 20, 2005. Furthermore, he has made no attempt to contact the program. In addition, the offender has been unemployed for several months and has failed to secure and maintain stable employment.

Respectfully submitted,

By: Dina M. Violante
U.S. Probation Officer
Date: 12/16/05

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/13/06
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work per week until he secures stable employment. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

The defendant is to be confined to his residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

Witness: _____
U.S. Probation Officer
Dina M. Violante

Signed: X_____
Probationer or Supervised Releasee
Lavar Felder

12/27/05
DATE